FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

Friday, June 16, 2023

Mr. Thomas C. Wright
Wright Close & Barger LLP
One Riverway, Suite 2200
Houston, TX 77056
* DELIVERED VIA E-MAIL *

Mr. Jeffrey S. Levinger
Levinger PC
1700 Pacific Ave., Suite 2390
Dallas, TX 75201-7371
* DELIVERED VIA E-MAIL *

Mr. Micky N. Das
Tyler & Das
1811 Bering Dr Ste 225
Houston, TX 77057-3375
* DELIVERED VIA E-MAIL *

Mr. Paul Green
Alexander Dubose & Jefferson LLP
10001 Reunion Pl Ste 640A
San Antonio, TX 78216-4127
* DELIVERED VIA E-MAIL *

Mr. Robert Timothy Tate
Tate Law Offices, P.C.
13355 Noel Rd #1100
Dallas, TX 75240
* DELIVERED VIA E-MAIL *

Mr. Michael H. Bassett
The Bassett Firm
Two Turtle Creek Village
3838 Oak Lawn Ave., Suite 1300
Dallas, TX 75219
* DELIVERED VIA E-MAIL *

RE:     Case Number:  21-0017
        Court of Appeals Number:  05-18-00167-CV
        Trial Court Number:  CC-15-02925-E

Style:  SARAH GREGORY AND NEW PRIME, INC.
        v.
        JASWINDER CHOHAN, ET AL.

Dear Counsel:

Today the Supreme Court of Texas issued opinions and judgment in the above-referenced cause. (Justice Lehrmann, Justice Huddle, and Justice Young not participating) You may obtain a copy of the opinions and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Alexander Zendeh (DELIVERED VIA E-MAIL)
        Mr. Scott A. Brister (DELIVERED VIA E-MAIL)
        Mr. Quentin Brogdon (DELIVERED VIA E-MAIL)
        Ms. Brittany R. Greger (DELIVERED VIA E-MAIL)
        Ms. Sadie A. Horner (DELIVERED VIA E-MAIL)
        Mr. Charles M. Silver (DELIVERED VIA E-MAIL)
        County Clerk Dallas County (DELIVERED VIA E-MAIL)
        Ms. Wanda McKee Fowler (DELIVERED VIA E-MAIL)
        Ms. Elizabeth Kiernan (DELIVERED VIA E-MAIL)
        Mr. Kent G. Rutter (DELIVERED VIA E-MAIL)
        Mr. Thomas R. Phillips (DELIVERED VIA E-MAIL)
        Ms. Lisa M. Wright (DELIVERED VIA E-MAIL)
        Mr. Brett David Kutnick (DELIVERED VIA E-MAIL)
        David Hyman (DELIVERED VIA E-MAIL)
        Nora F Engstrom (DELIVERED VIA E-MAIL)
        Mr. Mark R. Trachtenberg (DELIVERED VIA E-MAIL)
        Ms. Nina Cortell (DELIVERED VIA E-MAIL)
        Mr. Randall Sorrels (DELIVERED VIA E-MAIL)
        Mr. Stuart Bradley Brown Jr. (DELIVERED VIA E-MAIL)
        Mr. Charles R. 'Skip' Watson Jr. (DELIVERED VIA E-MAIL)
        Mr. Cameron L. Davis (DELIVERED VIA E-MAIL)
        Mr. Rubin Morin (DELIVERED VIA E-MAIL)
        Ms. Anna M. Baker (DELIVERED VIA E-MAIL)
        Mr. John Blaise Gsanger (DELIVERED VIA E-MAIL)
        Ms. Dana Livingston (DELIVERED VIA E-MAIL)
        Mr. Evan A. Young (DELIVERED VIA E-MAIL)
        Ms. Allyson Ho (DELIVERED VIA E-MAIL)
        Mr. George Scott Christian (DELIVERED VIA E-MAIL)
        Mr. Ryan Pitts (DELIVERED VIA E-MAIL)
        Brian Sanders (DELIVERED VIA E-MAIL)
        David F. Engstrom (DELIVERED VIA E-MAIL)
        Mr. Roger D. Townsend (DELIVERED VIA E-MAIL)
        Mr. John Bash III (DELIVERED VIA E-MAIL)